# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL RALPH CONROY, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-13-1318-M |
| JIM FARRIS, WARDEN, Lexington Correctional Center, | ) |
| Respondent. | ) |

## ORDER

On September 10, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended this Court deny the petition for habeas relief. The parties were advised of their right to object to the Report and Recommendation by September 30, 2014. After receiving an extension of time, petitioner filed his objection on October 20, 2014.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 18] issued by the Magistrate Judge on September 10, 2014;

(2) DENIES the Petition for Writ of Habeas Corpus, and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 27th day of October, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE